IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| FELIX ARRINGTON and<br>MONICA ARRINGTON,<br><br>        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation; ANNE BRANDON, an<br>Individual; LAMONDE RUSSELL, an<br>Individual; and fictitious defendants<br>A, B, C & D, being those persons, firms<br>Or Corporations whose fraud, scheme to<br>Defraud, and/or other wrongful conduct<br>Caused or contributed to the Plaintiffs'<br>Injuries and damages, and whose true<br>Names and identities are presently<br>Unknown to Plaintiffs, but will be<br>Substituted by amendment when<br>Ascertained.<br><br>        Defendants. | *<br>*<br>*<br>*<br>*<br>*  CASE NO.: CV-06-1050<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:   Melissa A. Rittenour
       Circuit Clerk of Montgomery County
       Montgomery County Courthouse
       251 S. Lawrence Street
       Montgomery, AL 36104

PLEASE TAKE NOTICE that Merck & Co., Inc. has this date filed its Notice of Removal in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division, a copy of which is attached hereto as **Exhibit A**.

Respectfully submitted this the 26 day of May, 2006.



EXHIBIT B

_____
R. Austin Huffaker, Jr. (HUF006)

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail:    rah2@rsjg.com
           rcb@rsjg.com
           fcm@rsjg.com
           bcw@rsjg.com

**Attorney for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 26 day of May, 2006, as follows:

Andy D. Birchfield, Jr., Esquire
J. Paul Sizemore, Esquire
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff

_____
OF COUNSEL