IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 MAY 31  P 3:53

| | |
|---|---|
| FELIX ARRINGTON and<br>MONICA ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation; ANNE BRANDON, an<br>Individual; LAMONDE RUSSELL, an<br>Individual; and fictitious defendants<br>A, B, C & D, being those persons, firms<br>Or Corporations whose fraud, scheme to<br>Defraud, and/or other wrongful conduct<br>Caused or contributed to the Plaintiffs'<br>Injuries and damages, and whose true<br>Names and identities are presently<br>Unknown to Plaintiffs, but will be<br>Substituted by amendment when<br>Ascertained.<br><br>Defendants. | Civil Action No.: 2:06-cv-488-SRW |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Miscellaneous Order 3047 (M.D. Ala. 2000), and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

_____
R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)
Robert C. ("Mike") Brock
    Bar Number: (ASB-5280-B61R)

        F. Chadwick Morriss
            Bar Number: (ASB-8504-S75F)
        Benjamin C. Wilson
            Bar Number (ASB-1649-I54B)


        RUSHTON, STAKELY, JOHNSTON
        & GARRETT, P.A.
        Post Office box 270
        Montgomery, Alabama 36101-0270
        Telephone: 334/206-3100
        Fax: 334/263-4157
        E-mail:    rah2@rsjg.com
                      rcb@rsjg.com
                      fcm@rsjg.com
                      bcw@rsjg.com
        **Attorneys for Defendants**


## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing document upon all interested parties by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this the 31st day of May, 2006, as follows:

Andy D. Birchfield, Jr., Esquire
J. Paul Sizemore, Esquire
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff

_____
OF COUNSEL