JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 11 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

**BEFORE WM. TERRELL HODGES,* CHAIRMAN, JOHN F. KEENAN, D. LOWELL JENSEN, J. FREDERICK MOTZ,* ROBERT L. MILLER, JR., KATHRYN H. VRATIL AND DAVID R. HANSEN, JUDGES OF THE PANEL**

*TRANSFER ORDER*

    Presently before the Panel are motions, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by plaintiffs in 94 actions and by health care defendants in the Northern District of Ohio action to vacate the Panel's orders conditionally transferring the actions listed on Schedule A to the Eastern District of Louisiana for inclusion in the Section 1407 proceedings occurring there in this docket. Merck & Co., Inc., favors inclusion of these actions in MDL-1657 proceedings. Medco Health Solutions, Inc., supports inclusion of the Western District of Kentucky action in which it is a defendant in MDL-1657.

    On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact with actions in this litigation previously transferred to the Eastern District of Louisiana. Transfer of the actions to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. Any pending or anticipated motions to remand to state court can be presented to and decided by the transferee judge. *See, e.g., In re Ivy*, 901 F.2d 7 (2d Cir. 1990); *In re Prudential Insurance Company of America Sales Practices Litigation*, 170 F.Supp.2d 1346, 1347-48 (J.P.M.L. 2001). The Panel further finds that transfer of these actions is appropriate for the reasons expressed in the original order directing centralization in this docket. In that order, the Panel held that the Eastern District of Louisiana was a proper Section 1407 forum for actions involving claims of liability for allegedly adverse effects arising from the ingestion of Vioxx. *See In re Vioxx Products Liability Litigation*, 360 F.Supp.2d 1352 (J.P.M.L. 2005).

    Some opposing plaintiffs and the health care defendants argue that the presence of individual and/or local questions of fact as well as differing legal theories should militate against inclusion of these actions in MDL-1657 proceedings. We are unpersuaded by these arguments. Inclusion of these actions in Section 1407 proceedings has the salutary effect of placing all the related actions before a single

---

    * Judges Hodges and Motz took no part in the decision of this matter.

EXHIBIT
G

- 2 -

judge who can formulate a pretrial program that: 1) prevents repetition of previously considered matters; 2) allows pretrial proceedings with respect to any non-common issues to proceed concurrently with pretrial proceedings on common issues, *In re Multi-Piece Rim Products Liability Litigation*, 464 F.Supp. 969, 974 (J.P.M.L. 1979); and 3) ensures that pretrial proceedings will be conducted in a manner leading to the just and expeditious resolution of all actions to the overall benefit of the parties. *See In re StarLink Corn Products Liability Litigation*, 152 F.Supp.2d 1378 (J.P.M.L. 2001). It may be, on further refinement of the issues and close scrutiny by the transferee judge, that some claims or actions can be remanded to their transferor districts for trial in advance of the other actions in the transferee district. Should the transferee judge deem remand of any claims or actions appropriate, procedures are available whereby this may be accomplished with a minimum of delay. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. at 436-38.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, these actions are transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

*John F. Keenan*
John F. Keenan
Acting Chairman

## SCHEDULE A

<u>MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation</u>

<u>Middle District of Alabama</u>

*Michael D. May v. Merck & Co., Inc., et al.*, C.A. No. 3:05-998

<u>Eastern District of California</u>

*Clara Puma v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2203
*Vance Skillsky v. Merck & Co., Inc, et al.*, C.A. No. 2:05-2218
*Clayton Welch v. Merck & Co., Inc., et al.*, C.A. No. 2:05-2267

<u>Northern District of California</u>

*Charles Axworthy, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-4646
*Luisa Greer, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-4657

<u>Middle District of Florida</u>

*Michael C. Richardson v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1193

<u>Southern District of Illinois</u>

*Gloria Jackson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-822
*Barbara Allen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-841
*Barbara Beyer v. Merck & Co., Inc., et al.*, C.A. No. 3:05-865

<u>Eastern District of Kentucky</u>

*Brenda Sparks, et al. v. Merck & Co., Inc.*, C.A. No. 0:05-201
*Kenneth Michael Short, et al. v. Merck & Co., Inc.*, C.A. No. 5:05-426
*Lawrence K. Butcher v. Merck & Co., Inc.*, C.A. No. 6:05-570
*Jerry Anderson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-573
*John Mullins, et al. v. Merck & Co., Inc.*, C.A. No. 6:05-586
*Juanetta Bush, et al. v. Merck & Co., Inc., et al.*, C.A. No. 6:05-587

<u>Western District of Kentucky</u>

*Debra Humburg, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-173
*James L. Bragg, Jr., etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-175
*Riley Wells v. Merck & Co., Inc., et al.*, C.A. No. 1:05-177
*Patricia Oakes, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-178
*Dorothy Payne, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-179
*Ethel Wolf v. Merck & Co., Inc., et al.*, C.A. No. 1:05-180

- A2 -

### Western District of Kentucky (Continued)

*John Nowak, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-181
*Randall Pyles, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-186
*Thelma Jean Phillips, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-200
*Carey L. Mynhier, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-633
*William Clayton, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-637
*Charles Schultise v. Merck & Co., Inc.*, C.A. No. 3:05-638
*Margaret Vandivier v. Merck & Co., Inc.*, C.A. No. 3:05-639
*Mary E. Lester v. Merck & Co., Inc.*, C.A. No. 3:05-640
*Sabina Chambers v. Merck & Co., Inc.*, C.A. No. 3:05-641
*Richard W. Allen, Sr., et al. v. Merck & Co., Inc.*, C.A. No. 3:05-643
*Glendon Dixon v. Merck & Co., Inc.*, C.A. No. 3:05-644
*Jeffrey Joyce v. Merck & Co., Inc.*, C.A. No. 3:05-645
*James A. Daniels et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-651
*Lawrence Shepherd, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-652
*Pamela Winters, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-654
*Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-655
*Isabella B. Cummings, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-657
*Fleam Leach v. Merck & Co., Inc.*, C.A. No. 3:05-660
*Tim Ellis, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-661
*Barbara Keeling v. Merck & Co., Inc.*, C.A. No. 3:05-662
*Marlynn Fox, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-663
*Sue R. Gardner, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-664
*Tina Day v. Merck & Co., Inc., et al.*, C.A. No. 3:05-665
*Hazel McKee, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-666
*Olando Simpson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-667
*Michael F. Simpson, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-668
*Susan Walker, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-670
*Daniel Ryan v. Merck & Co., Inc., et al.*, C.A. No. 3:05-671
*Sharon Schafer, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-672
*Joan Anne Schwartz, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-673
*Perry Schneider, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-674
*Mary Louise Schmidt, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-675
*Manson Whelan v. Merck & Co., Inc.*, C.A. No. 3:05-676
*David G. Thomas v. Merck & Co., Inc.*, C.A. No. 3:05-677
*A. Walter Tyson, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-678
*Daniel Gill v. Merck & Co., Inc., et al.*, C.A. No. 3:05-679
*Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-680
*Onna James, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-684
*Garlin Cupp, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-686
*Martha Sue Taylor v. Merck & Co., Inc., et al.*, C.A. No. 3:05-692
*Sarah E. Nichols, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-693
*William Mohon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-694
*Scarlett Macy, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-695

- A3 -

### Western District of Kentucky (Continued)

*Shannon M. Age, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-696
*Faye Byers, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-711
*Dora Gorman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-712
*Cleo D. Gilbert, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-713
*Lorenia Henson, etc. v. Merck & Co., Inc.*, C.A. No. 3:05-714
*Darrell G. Moore, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-715
*Billy Joe Logsdon, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-717
*Kathryn O'Neill v. Merck & Co., Inc., et al.*, C.A. No. 3:05-718
*Paul E. Mangeot, et al. v. Merck & Co., Inc.*, C.A. No. 3:05-719
*Millard T. Shepherd v. Merck & Co., Inc.*, C.A. No. 3:05-724
*Luther B. Yount, Jr., et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-729
*Ellen Rittenhouse, et al. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-731
*Ola Nelson v. Merck & Co., Inc., et al.*, C.A. No. 5:05-206
*Michael E. Wilson v. Merck & Co., Inc., et al.*, C.A. No. 5:05-210
*Wanda Sue Parker, et al. v. Merck & Co., Inc., et al.*, C.A. No. 5:05-212

### Eastern District of Missouri

*Alene Schwent, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1745
*James Coleman v. Merck & Co., Inc.*, C.A. No. 4:05-1944
*Robert Ruzicka, et al. v. Merck & Co., Inc.*, C.A. No. 4:05-1945
*Thelma Zimmerman, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1955
*Samella Butler, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1956
*Steve Pickard, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1969
*Martha Maxwell, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1970
*Roy Lacey, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1977
*Brian Lawson, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2046
*Joy Cora v. Merck & Co., Inc., et al.*, C.A. No. 4:05-2225

### Western District of Missouri

*John Webster, et al. v. Merck & Co., Inc., et al.*, C.A. No. 4:05-1035

### Southern District of New York

*Jose Rivera, etc. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-9383

### Northern District of Ohio

*William Jeffries, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-2547

- A4 -

<u>Eastern District of Tennessee</u>

*James E. Queen, et al. v. Merck & Co., Inc., et al.*, C.A. No. 1:05-306

<u>Middle District of Tennessee</u>

*Ruth Faulkner, etc. v. Merck & Co., Inc., et al.*, C.A. No. 3:05-1006