**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **FELIX ARRINGTON and** | * | |
| **MONICA ARRINGTON** | * | |
| | * | |
| **PLAINTIFFS,** | * | |
| | * | |
| **v.** | * | **CASE NO. 2:06-CV-488-SRW** |
| | * | |
| **MERCK & CO., INC., et al.,** | * | |
| | * | |
| **DEFENDANTS.** | * | |

**PLAINTIFFS' MOTION TO REMAND**

COME NOW the Plaintiffs, Felix Arrington and Monica Arrington, by and through their counsel of record, and respectfully request this Court to remand the above cause to the Circuit Court of Montgomery County, Alabama.  The Defendants have failed to establish that this cause falls under the jurisdiction of the federal courts.  Plaintiffs bring this motion pursuant to 28 U.S.C. § 1447, and in further support hereof, state as follows:

1.    This Court lacks jurisdiction over this matter, in that the Court could not have had "original" jurisdiction over this matter, had the Plaintiffs elected to file the cause in federal court, as required by 28 U.S.C. § 1441.

2.    This cause does not present any federal questions which would invoke this Court's jurisdiction over these proceedings, as permitted by 28 U.S.C. § 1331.  State law predominates over the issues in this cause.

3.      Furthermore, two of the three named Defendants share the same state citizenship as the Plaintiffs.  Plaintiffs and Defendants, Anne Brandon[1] and Lamonde Russell, are residents of the State of Alabama.  As such, complete diversity of citizenship, as mandated by 28 U.S.C. § 1332 is absent.

4.      Defendant Merck's assertion that the Plaintiffs have fraudulently joined the in-state, individual Defendants is without merit and is unsupported by the evidence in this cause.  Plaintiffs in their state court complaint have averred viable claims under Alabama law against all Defendants, and, as such, all Defendants are properly joined to this action.  Defendant Merck has failed to establish that Alabama residents, Anne Brandon and Lamonde Russell, were fraudulently joined by the Plaintiffs for the purpose of defeating federal jurisdiction.

For the reasons stated above and in the accompanying Brief in Support of Motion to Remand, Plaintiffs urge the Court to remand this action to the Circuit Court of Montgomery County, Alabama.

Respectfully submitted this _7th_ day of June, 2006.


    /s/  Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)**
**J. PAUL SIZEMORE (SIZ004)**
**BENJAMIN L. LOCKLAR (LOC009)**
**W. ROGER SMITH, III (SMI257)**
**Attorneys for the Plaintiff**

---

[1] Defendant Merck contends that Defendant Anne Brandon has not been served with the Complaint. Because she has been named and served in other Vioxx cases, she will be treated as if served in this case. Plaintiffs will pursue service of the Complaint upon her.

2

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,**
  **PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:    (334) 954-7555

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties

as listed below by placing a copy of same in the United States Mail, first class postage

prepaid, on this the ____ day of June, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON**
  **& GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

                    /s/ Benjamin L. Locklar
                    **OF COUNSEL**