IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FELIX ARRINGTON and | * |
| MONICA ARRINGTON | * |
| PLAINTIFFS, | * |
| v. | *   CASE NO. 2:06-CV-488-SRW |
| MERCK & CO., INC., et al., | * |
| DEFENDANTS. | * |

## OPPOSITION TO DEFENDANT LAMONDE RUSSELL'S MOTION TO DISMISS

COME NOW Plaintiffs, Felix Arrington and Monica Arrington, and in response to Defendant Lamonde Russell's Motion to Dismiss, state as follows:

1. Defendants' scant motion is due to be **DENIED**.

2. Plaintiffs have adequately pleaded viable claims against these in-state resident Defendants.

3. Plaintiffs adopt and incorporate herein the arguments in Plaintiffs' Brief in Support of Motion to Remand filed contemporaneously herewith.

Respectfully submitted this the 7th day of June, 2006.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ004)
BENJAMIN L. LOCKLAR (LOC009)
W. ROGER SMITH, III (SMI257)
Attorneys for Plaintiff**

1

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 7th day of June, 2006.

Alan T. Hargrove, Jr.
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
  & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

           /s/ Benjamin L. Locklar
           **OF COUNSEL**