IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELIX ARRINGTON and<br>MONICA ARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation; ANNE BRANDON, an<br>Individual; LAMONDE RUSSELL, an<br>Individual; and fictitious defendants<br>A, B, C & D, being those persons, firms<br>Or Corporations whose fraud, scheme to<br>Defraud, and/or other wrongful conduct<br>Caused or contributed to the Plaintiffs'<br>Injuries and damages, and whose true<br>Names and identities are presently<br>Unknown to Plaintiffs, but will be<br>Substituted by amendment when<br>Ascertained.<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * | Case No. 2:06-cv-00488-WHA |

## NOTICE OF TAG-ALONG INCLUSION

COMES NOW Defendant Merck & Co., Inc. ("Merck") and hereby provides notice of the inclusion of this case in Merck's one hundred thirty-fifth notification of potential "tag-along actions" to the Judicial Panel on Multidistrict Litigation (the "MDL Panel") pursuant to Rule 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."). [*See* Tag-Along Letter, attached hereto as **Exhibit A**]. Merck expects a conditional transfer order to be issued shortly.

1

/**s/** R. Austin Huffaker, Jr.
Bar Number: (ASB-3422-F55R)
One of the Attorneys for Merck & Co., Inc.

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:       rah2@rsjg.com


**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Andy D. Birchfield, Jr., Esquire
J. Paul Sizemore, Esquire
Benjamin L. Locklar
W. Roger Smith, III
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff


/s/ R. Austin Huffaker, Jr.
OF COUNSEL

2