# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

June 2, 2006

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

    Re:    In re: Vioxx® Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

    Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 135th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Arrington et al v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00488 (M.D. Ala.)
2. *Glover et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00993 (N.D. Ala.)
3. *Hodge v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01001 (D. Colo.)
4. *Rix v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01002 (D. Colo.)
5. *Joyner v. Merck & Co., Inc.*, C.A. No. 5:06-cv-00183 (M.D. Ga.)
6. *Stone v. Merck & Co., Inc.*, C.A. No. 1:06-cv-01298 (N.D. Ga.)
7. *Baggett et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00212 (D. Idaho)
8. *Watson v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02986 (N.D. Ill.)
9. *Siuba v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00415 (S.D. Ill.)
10. *Rexroat et al., v. Merck & Co., Inc.*, C.A. No. 1:06-cv-00842 (S.D. Ind.)
11. *Dechaine et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00103 (D. Me.)
12. *Wedge et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00102 (D. Me.)
13. *Kidwell v. Merck & Co., Inc.*, C.A. No. 0:06-cv-02174 (D. Minn.)
14. *Bryson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00095 (N.D. Miss.)
15. *Dalan v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00653 (D. Nev.)
16. *Villaflor v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00654 (D. Nev.)



DEFENDANT'S EXHIBIT 4

M006B18469

# Hughes Hubbard & Reed LLP

17. *Booth v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02715 (E.D. N.Y.)
18. *Roca v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02714 (E.D. N.Y.)
19. *Greenway v. Merck & Co., Inc. et al.*, C.A. No. 5:06-cv-00667 (N.D. N.Y.)
20. *Lighthart v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00671 (N.D. N.Y.)
21. *Watson v. Merck & Co., Inc. et al.*, C.A. No. 5:06-cv-00669 (N.D. N.Y.)
22. *Ferguson v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06260 (W.D. N.Y.)
23. *Kothe v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06265 (W.D. N.Y.)
24. *Kuczmarski v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06266 (W.D. N.Y.)
25. *Nistor v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06267 (W.D. N.Y.)
26. *Nowell v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06261 (W.D. N.Y.)
27. *Nugent v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06264 (W.D. N.Y.)
28. *Royer v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06262 (W.D. N.Y.)
29. *Zyglis v. Merck & Co., Inc. et al.*, C.A. No. 6:06-cv-06263 (W.D. N.Y.)
30. *Ahmed et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-02022 (E.D. Pa.)
31. *Dagney et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02275 (E.D. Pa.)
32. *Johnson-Tschida et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-02268 (E.D. Pa.)
33. *Klossner v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-02293 (E.D. Pa.)
34. *Knight et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-02269 (E.D. Pa.)
35. *Yant et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-02266 (E.D. Pa.)
36. *Kreiger v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00691 (W.D. Pa.)
37. *Johnston v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00213 (E.D. Tex.)
38. *Smith et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00218 (E.D. Tex.)
39. *Higgins v. Merck & Co., Inc.*, C.A. No. 3:06-cv-00938 (N.D. Tex.)
40. *Lane v. Merck & Co., Inc.*, C.A. No. 4:06-cv-00364 (N.D. Tex.)
41. *Sharratt v. Merck & Co., Inc.*, C.A. No. 4:06-cv-00363 (N.D. Tex.)

There are two new cases that involve claims relating to prescription drugs other than Vioxx.

1. *Colvin v. Merck & Co., Inc. et al.*, C.A. No. 4:06-cv-01805 (S.D. Tex.)
2. *Fredette v. Merck & Co., Inc. et al.*, C.A. No. 3:06-cv-00376 (E.D. Va.)

There are fourteen new cases filed in the transferee court.

1. *Abrams et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:05-cv-04434 (E.D. La.)
2. *Faggione v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02820 (E.D. La.)
3. *Gray v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02793 (E.D. La.)
4. *Hicks et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02770 (E.D. La.)
5. *Ingemanson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02775 (E.D. La.)
6. *Jackson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02822 (E.D. La.)
7. *Lampkins v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02792 (E.D. La.)
8. *Lingo v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02348 (E.D. La.)
9. *Manes v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02823 (E.D. La.)
10. *McKnight v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02829 (E.D. La.)
11. *Pelka v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02819 (E.D. La.)

## Hughes Hubbard & Reed LLP

12. *Rafael v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02767 (E.D. La.)
13. *Riester v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02852 (E.D. La.)
14. *Waybrant v. Merck & Co., Inc.*, C.A. No. 2:06-cv-02616 (E.D. La.)

Additionally, pursuant to J.P.M.L. Rule 7.2(f), we hereby notify the Panel of the following development pertaining to an action that is currently the subject of Panel consideration.

1. *Melton et al., v. Merck & Co., Inc. et al.*, C.A. No. 7:06-cv-00045 (E.D. Ky.) was remanded to Pike Circuit Court, Kentucky on June 1, 2006.

Respectfully submitted,

*[signature]*

Cecily C. Williams

CCW/eas

Enclosures

M006B18471