IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELIX ARRINGTON and<br>MONICA ARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation; ANNE BRANDON, an<br>Individual; LAMONDE RUSSELL, an<br>Individual; and fictitious defendants<br>A, B, C & D, being those persons, firms<br>Or Corporations whose fraud, scheme to<br>Defraud, and/or other wrongful conduct<br>Caused or contributed to the Plaintiffs'<br>Injuries and damages, and whose true<br>Names and identities are presently<br>Unknown to Plaintiffs, but will be<br>Substituted by amendment when<br>Ascertained.<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * | Case No. 2:06-cv-00488-WHA |

**<u>NOTICE OF CASE INCLUSION IN CONDITIONAL TRANSFER ORDER (CTO-54) OF
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

COMES NOW, Defendant Merck & Co., Inc. ("Merck"), and hereby notifies this Honorable Court that this case has been designated for transfer to the United States District Court for the Eastern District of Louisiana pursuant to Conditional Transfer Order (CTO-54) issued by the Judicial Panel on Multidistrict Litigation (JPML). Merck would further show the Court as follows:

1. On February 16, 2005, the JPML issued an order establishing MDL-1657 and transferring 148 federal Vioxx® cases to the Eastern District of Louisiana for coordinated pretrial proceedings before the Honorable Eldon E. Fallon. On or about June 5, 2006, Merck

1

moved to stay this matter pending an applicable transfer order by the JPML.  This motion is still pending.

    2.  Merck provided notice to the Panel of this action pursuant to the tag-along procedures contained in the MDL rules.  On June 23, 2006, the JPML issued Conditional Transfer Order 54 (CTO-54) consisting of numerous cases designated for transfer to MDL-1657.  Attached hereto as **Exhibit A** is a copy of CTO-54.

    3.  This action is included in CTO-54.  See CTO-54.  Since the deadline to object to CTO-54 has expired with, to Merck's knowledge, no objection from the Plaintiffs, this case against Merck will be immediately transferred to Judge Fallon's court, where it will become part of MDL-1657 and thus be subject to coordination of all pretrial proceedings.  See CTO-54, Exhibit A.

    4.  Given the overlapping factual issues this case appears to have with those already in the MDL proceedings, transfer of this case to the MDL is appropriate.  Merck therefore informs the Court of CTO-54 and its application to this case, and it urges this Court to grant its Motion to Stay all proceedings pending the transfer of this action to MDL-1657.

    DATED this the 13th day of July, 2006.

/s/ R. Austin Huffaker, Jr.
    Bar Number: (ASB-3422-F55R)
One of the Attorneys for Merck & Co., Inc.

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone:  334/206-3100
Fax:  334/263-4157
E-mail:     rah2@rsjg.com

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

    Andy D. Birchfield, Jr., Esquire
    J. Paul Sizemore, Esquire
    Benjamin L. Locklar
    W. Roger Smith, III
    BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P. C.
    Montgomery, Alabama 36103-4160
    Attorney for Plaintiff

                                        /s/ R. Austin Huffaker, Jr.
                                        OF COUNSEL