# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

June 23, 2006

TO INVOLVED COUNSEL

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-54)

Dear Counsel:

Attached hereto is a copy of a conditional transfer order filed today by the Panel involving the above-captioned matter. This matter is transferred pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001). Copies of Rule 5.2, dealing with service, and Rules 7.4 and 7.5, regarding "tag-along" actions, are attached for your convenience.

Inasmuch as there is an unavoidable time lag between notification of the pendency of the tag-along action and the filing of a conditional transfer order, counsel are required by Rule 7.4(b) to notify this office **BY FACSIMILE**, at (202) 502-2888, of any official changes in the status of the tag-along action. These changes could involve dismissal of the action, remand to state court, transfer to another federal court, etc., as indicated by an order filed by the district court. Your cooperation would be appreciated.

**NOTICE OF OPPOSITION DUE ON OR BEFORE: July 10, 2006 (4 p.m. EST)**
(Facsimile transmission is suggested.)

If you are considering opposing this conditional transfer order, please review Rules 7.4 and 7.5 of the Panel Rules before filing your Notice of Opposition.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _[signature: Dana L. Stewart]_
Deputy Clerk

Attachments

**DEFENDANT'S EXHIBIT A**

JPML Form 39

M003395534

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 2 3 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER (CTO-54)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,956 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-54 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ALABAMA MIDDLE** | |
| ALM 2 06-488 | Felix Arrington, et al. v. Merck & Co., Inc., et al |
| **ALABAMA NORTHERN** | |
| ALN 2 06-993 | Charles W. Glover, et al. v. Merck & Co., Inc. |
| ALN 2 06-998 | Jeannie Diane Whittington v. Merck & Co., Inc. |
| ALN 4 06-954 | Jeff McWilliams, et al. v. Merck & Co., Inc |
| **ARKANSAS EASTERN** | |
| ARE 3 06-86 | Carol G. Watkins, etc v. Merck & Co., Inc. |
| ARE 5 06-131 | Rosalie Belvedresi, et al. v. Merck & Co., Inc. |
| **CALIFORNIA CENTRAL** | |
| CAC 8 06-451 | Antonio Sanchez, et al. v. Merck & Co., Inc. |
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-3240 | George Fudge, et al. v. Merck & Co., Inc. |
| **COLORADO** | |
| CO 1 06-965 | Gracie Abeyta v. Merck & Co., Inc |
| CO 1 06-976 | Horst Adam v. Merck & Co., Inc. |
| CO 1 06-977 | John Barall-Inman v. Merck & Co., Inc |
| CO 1 06-978 | Jared Birely v. Merck & Co., Inc. |
| CO 1 06-979 | Charlene Clark v. Merck & Co., Inc |
| CO 1 06-980 | Jackie Clark v. Merck & Co., Inc. |
| CO 1 06-981 | Ronald Clark v. Merck & Co., Inc. |
| CO 1 06-982 | Patricia Gillaspy v. Merck & Co., Inc |
| CO 1 06-983 | May Harris v. Merck & Co., Inc. |
| CO 1 06-984 | Bill James v. Merck & Co., Inc. |
| CO 1 06-985 | Leonard Johnson v. Merck & Co., Inc |
| CO 1 06-986 | Merry Lepper v. Merck & Co., Inc. |
| CO 1 06-987 | Raymond Masel v. Merck & Co., Inc. |
| CO 1 06-988 | John McKinley v. Merck & Co., Inc. |
| CO 1 06-989 | Larry Shermer, etc v. Merck & Co., Inc |
| CO 1 06-990 | Gary Tanner v. Merck & Co., Inc |
| CO 1 06-1000 | Gilbert Bell v. Merck & Co., Inc |
| CO 1 06-1001 | Ron Hodge v. Merck & Co. Inc. |
| CO 1 06-1002 | Marjorie Ann Rix v. Merck & Co., Inc |
| **CONNECTICUT** | |
| CT 3 06-742 | Robert Perry, et al v. Merck & Co., Inc |
| **FLORIDA SOUTHERN** | |
| FLS 0 06-60673 | Abraham Kulla, et al v. Merck & Co., Inc. |
| FLS 0 06-60694 | Brian Klemm, et al v. Merck & Co., Inc. |
| FLS 0 06-60715 | Dean DeCarlo, etc v. Merck & Co., Inc. |
| FLS 0 06-60716 | George Kapoglis v. Merck & Co., Inc. |
| FLS 0 06-60717 | Pamela Lightsey v. Merck & Co., Inc. |
| FLS 1 06-21223 | Leonette Conyers v. Merck & Co., Inc |
| FLS 9 06-80526 | Wayne Stevens, et al. v. Merck & Co., Inc. |

M0033955536

SCHEDULE CTO-54 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA MIDDLE** | |
| GAM 5 06-183 | Thomas E. Joyner v. Merck & Co., Inc. |
| **GEORGIA NORTHERN** | |
| GAN 1 06-1298 | Ann B. Stone v. Merck & Co., Inc. |
| **IOWA SOUTHERN** | |
| IAS 4 06-216 | Gregory Johnson, et al. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 1 06-212 | Gary Baggett, et al v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-2986 | Brenda Watson, etc. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-371 | Susan Brooks v. Merck & Co., Inc., et al |
| ILS 3 06-375 | Nathaniel Webster, et al. v. Merck & Co., Inc. |
| ILS 3 06-391 | Dolores Coulter v. Merck & Co., Inc., et al. |
| ILS 3 06-415 | Barbara Siuba v. Merck & Co., Inc. |
| **INDIANA SOUTHERN** | |
| INS 1 06-764 | Janet Cicenas, etc. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS 2 06-2193 | Linda Wilkerson v. Merck & Co., Inc. |
| **MARYLAND** | |
| MD 1 06-1202 | John W. Melvin v. Merck & Co., Inc. |
| MD 1 06-1204 | Thomas J. Bongiovani v. Merck & Co., Inc. |
| MD 1 06-1205 | Tawanda Baker, et al. v. Merck & Co., Inc. |
| **MAINE** | |
| ME 2 06-102 | Anthony Wedge, et al. v. Merck & Co., Inc |
| ME 2 06-103 | Rene Dechaine, et al v. Merck & Co., Inc |
| **MINNESOTA** | |
| MN 0 06-1699 | Joel Moore, etc. v. Merck & Co., Inc. |
| MN 0 06-1751 | Dixie Fritz, et al. v. Merck & Co., Inc. |
| MN 0 06-1752 | Charles Hager, et al. v. Merck & Co., Inc. |
| MN 0 06-1753 | Dennis Wendt, et al v. Merck & Co., Inc. |
| MN 0 06-1754 | Paul Bowman, et al. v. Merck & Co., Inc. |
| MN 0 06-1757 | Robert J. Pirkl, et al v. Merck & Co., Inc. |
| MN 0 06-1770 | Kathleen M. Thurston v. Merck & Co., Inc. |
| MN 0 06-1813 | Gertie Brenell Wilson-Cheatham, etc. v. Merck & Co., Inc |
| MN 0 06-1871 | Marie Carr, et al. v Merck & Co., Inc., et al. |
| MN 0 06-2138 | June Nevill v. Merck & Co., Inc. |
| MN 0 06-2174 | Irene Kidwell, etc. v. Merck & Co., Inc |
| MN 0 06-2259 | John T. Parham, etc v Merck & Co., Inc. |
| **MISSISSIPPI NORTHERN** | |
| MSN 2 06-95 | Essie Bryson v. Merck & Co., Inc |
| **NEVADA** | |
| NV 2 06-653 | Dean Dalan v. Merck & Co., Inc. |
| NV 2 06-654 | Joey Villaflor v. Merck & Co., Inc. |

M003395537

SCHEDULE CTO-54 TAG-ALONG ACTIONS (MDL-1657)                    PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **NEW YORK EASTERN** | |
| NYE 1 06-2714 | Anthony Roca v. Merck & Co., Inc. |
| NYE 1 06-2715 | Warren K. Booth, Jr., etc. v Merck & Co., Inc. |
| **NEW YORK NORTHERN** | |
| NYN 1 06-670 | Cindy Anderson, etc. v. Merck & Co, Inc., et al. |
| NYN 1 06-671 | Edward A. Lighthart, etc v. Merck & Co, Inc., et al. |
| NYN 1 06-672 | Eugene O. Swartz, etc v. Merck & Co., Inc., et al. |
| NYN 5 06-667 | David A. Greenway, etc. v. Merck & Co., Inc., et al. |
| NYN 5 06-669 | Christina Y. Watson, etc v. Merck & Co., Inc., et al. |
| **NEW YORK SOUTHERN** | |
| NYS 1 06-3695 | Dozin Smith v. Merck & Co., Inc. |
| **NEW YORK WESTERN** | |
| NYW 6 06-6260 | Jerome Ferguson, Sr., etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6261 | Cameron W. Nowell v. Merck & Co., Inc., et al. |
| NYW 6 06-6262 | Carol A. Royer, etc v. Merck & Co., Inc., et al. |
| NYW 6 06-6263 | Ronald R. Zyglis, etc. v Merck & Co., Inc., et al |
| NYW 6 06-6264 | Jeremiah J. Nugent, Sr., etc. v. Merck & Co., Inc., et. al. |
| NYW 6 06-6265 | William C. Kothe, etc. v Merck & Co., Inc., et al. |
| NYW 6 06-6266 | James A. Kuczmarski, etc. v. Merck & Co., Inc., et al. |
| NYW 6 06-6267 | William A. Nistor, Sr., etc. v. Merck & Co, Inc., et al |
| **OHIO NORTHERN** | |
| OHN 1 06-1284 | Joyce G. Gannon, et al v. Merck & Co., Inc |
| **OKLAHOMA WESTERN** | |
| OKW 5 06-568 | Cleo Fowler, et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE 2 06-1345 | Marjorie E. Thomas, et al. v Merck & Co, Inc. |
| PAE 2 06-2021 | Debra King, etc. v. Merck & Co, Inc., et al. |
| PAE 2 06-2022 | Alauddin Ahmed, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2063 | Robert Lee Bryant, et al. v. Merck & Co., Inc. et al. |
| PAE 2 06-2064 | Eldridge W. Johnson v. Merck & Co., Inc., et al. |
| PAE 2 06-2066 | Bert E. Wilson, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2067 | Jo Anne Bredesen v. Merck & Co., Inc., et al |
| PAE 2 06-2131 | Tommy Anderson, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2266 | Ray Yant, et al. v. Merck & Co., Inc, et al. |
| PAE 2 06-2268 | Cheryl Johnson-Tschida, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2269 | Warren F. Knight, et al. v. Merck & Co., Inc., et al. |
| PAE 2 06-2275 | Daniel Dagney, et al v. Merck & Co., Inc. |
| PAE 2 06-2293 | Jacqueline Klossner v. Merck & Co., Inc., et al. |
| PAE 2 06-2312 | Gerald Baity v. Merck & Co., Inc., et al. |
| **PENNSYLVANIA WESTERN** | |
| PAW 2 06-691 | Gerald Krieger v. Merck & Co., Inc. |
| PAW 2 06-710 | Joyce Zilliot v. Merck & Co., Inc. |
| **SOUTH DAKOTA** | |
| SD 1 06-1016 | James Marling v. Merck & Co., Inc. |
| SD 1 06-1017 | Gail R. Hopfinger, etc v. Merck & Co., Inc. |

M003395538

SCHEDULE CTO-54 TAG-ALONG ACTIONS (MDL-1657)                                    PAGE 4 of 4

DIST. DIV. C.A. #            CASE CAPTION

TEXAS EASTERN
  TXE  2  06-213            John Johnston v. Merck & Co., Inc.
  TXE  2  06-218            Pamela Smith, et al. v. Merck & Co., Inc.
  TXE  9  06-108            John Martin McClain v. Kenneth C. Frazier, et al.

TEXAS NORTHERN
  TXN  3  06-900            James Henry v. Merck & Co., Inc.
  TXN  3  06-938            Rickey Lynn Higgins v. Merck & Co., Inc.
  TXN  4  06-334            Kenneth Mathis v. Merck & Co., Inc.
  TXN  4  06-352            Sondra S. Light, etc. v. Merck & Co., Inc.
  TXN  4  06-354            Merrilyn Hobbs v. Merck & Co., Inc.
  TXN  4  06-355            Kim Gatlin v. Merck & Co., Inc.
  TXN  4  06-363            Gordon Sharratt v. Merck & Co., Inc.
  TXN  4  06-364            Ralph Michael Lane v. Merck & Co., Inc.

TEXAS SOUTHERN
  TXS  4  06-1638           Vera Quiroz, et al. v. Med-Cure Primary Care Physicians, PA, et al.
  TXS  4  06-1772           Joyce Calloway, et al. v. Merck & Co., Inc.

TEXAS WESTERN
  TXW  1  06-373            Larry Jimenez, et al. v. Merck & Co., Inc.

UTAH
  UT   2  06-406            State of Utah v. Merck & Co., Inc.

VIRGINIA EASTERN
  VAE  1  06-609            Mladenka Mastilovic, etc. v. Merck & Co., Inc.

WEST VIRGINIA NORTHERN
  WVN  1  06-78             James Harold Harper v. Merck & Co., Inc.
  WVN  1  06-79             Claude Cunningham, etc. v. Merck & Co., Inc.
  WVN  2  06-52             Charles R. Goff v. Merck & Co., Inc.

WEST VIRGINIA SOUTHERN
  WVS  1  06-371            Howard D. Davidson v. Merck & Co., Inc.
  WVS  2  06-358            Charles S. Tyson v. Merck & Co., Inc.
  WVS  2  06-359            Merrill Lesile Irving, etc. v. Merck & Co., Inc.
  WVS  2  06-360            Lester Doneff v. Merck & Co., Inc.
  WVS  2  06-361            John E. Morris v. Merck & Co., Inc.
  WVS  2  06-362            Kelly J. Elswick, etc. v. Merck & Co., Inc.
  WVS  2  06-363            Jack Lee West v. Merck & Co., Inc.
  WVS  5  06-372            Louie Cundiff Rakes, Jr. v. Merck & Co., Inc.
  WVS  6  06-366            Linda L. Nelson v. Merck & Co., Inc.
  WVS  6  06-367            Henry C. Jones v. Merck & Co., Inc.

M003395539

# INVOLVED COUNSEL LIST (CTO-54)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Lee B. Balefsky
Kline & Specter
1525 Locust Street
19th Floor
Philadelphia, PA 19102

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Donald G. Beattie
Beattie Law Firm PC
4300 Grand Ave
Des Moines, IA 50312

Cindy K. Bennes
Phillips, Lytle, LLP
3400 HSBC Center
Buffalo, NY 14203

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

John Allen Blazer
Law Office of John A Blazer, PC
4118 Leonard Dr.
FairFax, VA 22030

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Matthew C. Boulton
Keller & Keller
2850 North Meridian Street
Indianapolis, IN 46208

Rickey J. Brantley
Jose, Henry, Brantley & Keltner
675 North Henderson Street
Ft. Worth, TX 76107

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102

Bruce W. Burton
P.O. Box 23144
Jackson, MS 39225

Thomas J. Cappello
Slater & Sgarlato, P.C
1298 Victory Blvd.
Staten Island, NY 10301

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street
Suite 600
Minneapolis, MN 55402

Carmine J. Colucci
629 S. Sixth Street
Las Vegas, NV 89101

Marc P. Cook
Bailus, Cook & Kelesis, Ltd.
400 South Fourth Street
Suite 300
Las Vegas, NV 89101

Amador L. Corona
Amador L. Corona Law Offices
121 E. 4th Street, Suite C
Corona, CA 92879-1406

Andrew L. Davick
Meshbesher & Spence, Ltd
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26470
Kansas City, MO 64196

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive
Suite 1700
McLean, VA 22102

Hugh A. Donaghue
Donaghue & Bradley
13 West Third Street
Media, PA 19063

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-4160

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Mike Felber
Law Offices of Mike Felber
1701 River Run
#917
Fort Worth, TX 76107

Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Assoc.
520 West Hallandale Beach Blvd.
Hallendale, FL 33009-5307

Greg Fitzgerald
Law Office of Greg Fitzgerald
413 Harwood Road
Bedford, TX 76021

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C
11150 Overbrook Drive
Suite 200
Leawood, KS 66211

M003395540

Ronald S Goldser
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Brian A. Goldstein
Barnes Firm, P.C
17 Court Street
7th Floor
Buffalo, NY 14202-3290

Lesile Greenspan
Stradley, Ronon, Stevens
& Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Christopher Guerrero
Guerrero Law Firm
703 Market Street
Suite 1109
San Francisco, CA 94101

William H. Gussman Jr.
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY 10022

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway
7th Floor
Houston, TX 77019-2133

James Henry
915 S. Rockwall
Terrell, TX 75160

Russ M. Herman
Herman, Herman, Katz & Cotlar,
L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

G. William Higbee
McTeague, Higbee, Case, Cohen,
Whitney & Toker
P.O. Box 5000
4 Union Park
Topsham, ME 04086

Daniel Allen Hossley
Hossley & Embry
313 East Charnwood Street
Tyler, TX 75701

W Thomas Jacks
Jacks Law Firm
111 Congress Ave.
Suite 1010
Austin, TX 78701

Scott Ronald Jackson
Bogdan Law Firm
116 N 5th Street
P.O. Box 1588
Ponca City, OK 74602

Johnathan W. Johnson
Johnson & Benjamin
730 Peachtree Street, NE
Suite 750
Atlanta, GA 30308

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street
Suite 3000
Houston, TX 77002-9934

D. Grant Kaiser
Kaiser Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Patricia J Kasputys
Law Offices of Peter G. Angelos, P C
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Darla L Keen
Lytal, Reiter, Clark, Fountain
& Williams, LLP
515 North Flagler Drive
Tenth Floor
West Palm Beach, FL 33401

Cindy J. Kiblinger
James Humphreys & Associates, LC
800 United Center
500 Virginia St. E.
Charleston, WV 25301

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Walter J. Lane, Jr.
P.O Box 42
Macon, GA 31202

Kristine Larsen
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Aneca E Lasley
Squire, Sanders & Dempsey, LLP
1300 Huntington Center
41 South High Street
Columbus, OH 43215

Gregory M. Lederer
Simmons, Perrine, Albright & Ellwood
115 Third Street, SE
Suite 1200
Cedar Rapids, IA 52401-1266

Patricia E. Lowry
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Michael L Luce
Davenport, Evans, Hurwitz & Smith,
LLP
P.O Box 1030
206 West 14th Street
Sioux Falls, SD 57101-1030

Brian J Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Stephen E Marshall
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201

M003395541

INVOLVED COUNSEL LIST (CTO-54) MDL-1657                                            PAGE 3 of 4

John Martin McClain
#1172745
Polunsky Unit
3872 FM 350 South
Livington, TX 77351

Regis M. McClelland
Harrington, Schweers, Dattilo
& McClelland
100 Ross Street
Pittsburgh, PA 15219

Gregory N. McEwen
McEwen Law Firm, PLLP
5850 Blackshire Path
Inver Grove Heights, MN 55076

Kim R. Meyers
McCray, Muzilla, Smith & Meyers
260 Burns Road
Suite 150
Elyria, OH 44036

Donte O. Mills
Sullivan, Papain, Block, McGrath
& Cannavo
120 Broadway
18th Floor
New York, NY 10271

Randall D. Moore
Boehme & Moore
1824 Eighth Ave
Forth Worth, TX 76107

F. Chadwick Morris
Rushton, Stakely, Johnston & Garrett,
PA
P.O. Box 270
Montgomery, AL 36101-0270

Patrick J. Mulligan
Law Office of Patrick J Mulligan,
P.C
2911 Turtle Creek Boulevard
Suite 900
Dallas, TX 75219

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Brett E. Nelson
Plews, Shadley, Racher & Braun
1346 North Delaware Street
Indianapolis, IN 46202-2415

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Stephen Lee O'Brien
O'Brien & O'Brien
168 Smithtown Blvd.
Nesconset, NY 11767

Tony Owens
Law Offices of Tony Owens
P.O. Box 1599
Fort Worth, TX 76101

Robb W. Patryk
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

James M. Patton
Patton & Veigas PC
1200 20th Street, South
Suite 200
Birmingham, AL 32205

David J. Ploeg, Jr.
William G. Pintas & Associates, Ltd
368 West Huron, #100
Chicago, IL 60610

Kevin M. Sadler
Baker Botts LLP
98 San Jacinto Blvd
Suite 1500
Austin, TX 78701-4039

Joshua G. Schiller
Dechert LLP
Cia Centre
2929 Arch Street
Philadelphia, PA 19104

Alan G. Schwartz
Wiggin & Dana
One Century Tower
265 Church Street
P.O. Box 1832
New Haven, CT 06508-1832

Anne M. Seibel
Bradley Arant Rose & White, LLP
One Federal Place
1819 5th Avenue North
P.O. Box 830709
Birmingham, AL 35283-2119

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

Fredric V. Shoemaker
Greener, Banducci & Shoemaker, P.A
815 West Washington Street
Boise, ID 83702

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Benjamin R. Skjold
Hellmuth & Johnson, PLLC
10400 Viking Drive
Suite 500
Eden Prairie, MN 55344

Joseph W. Steele
Siegfried & Jensen
5664 South Green Street
Murray, UT 84123

Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

James W. Stringer
11811 N Freeway
Suite 500
Houston, TX 77060

INVOLVED COUNSEL LIST (CTO-54) MDL-1657                                         PAGE 4 of 4

Bryant M. Struble
Thompson Coburn, LLP
One US Bank Plaza
Suite 2600
St. Louis, MO 63101

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave S
Suite 8000
Minneapolis, MN 55415

Thomas W. Umphrey
Provost & Umphrey Law Firm, LLP
P.O. Box 4905
Beaumont, TX 77704

Thomas F. Urban, II
James F. Humphreys & Associates, L.C.
1200 New Hampshire Avenue, N.W.
Suite 510
Washington, DC 20036

Anne M. Valentine
Leeseberg & Valentine
Penthouse One
175 South Third Street
Columbus, OH 46215

Leon J. Vanderlinden
Delaney, Vanderlinden & Delaney
P.O. Box 615
Webster, SD 57274

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Mikal C. Watts
Watts Law Firm, LLP
555 North Carancahua
Suite 1400
Corpus Christi, TX 78478-0801

Robin G. Weaver
Squire, Sanders & Dempsey, L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

Michael M. Weinkowitz
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

Regina L. Wells
Schlichter, Bogard & Denton
100 S. Fourth Street
Suite 900
St Louis, MO 63102

John E. Williams, Jr
Williams Bailey Law Firm LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017-5001

Benjamin C. Wilson
Rushton, Stakely, Johnston & Garrett, PA
184 Commeerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Gary L. Wilson
Robins, Kaplan, Miller & Ciresi
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

S. Patrick Woodson, IV
Plus, Taylor & Woodson
2600 Airport Frwy
Fort Worth, TX 76111

Charles S. Zimmerman
Zimmerman Reed, PLLP
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

M0033955431

RULE 7.4:    CONDITIONAL TRANSFER ORDERS FOR "TAG-ALONG ACTIONS"

(a)    Upon learning of the pendency of a potential "tag-along action," as defined in Rule 1.1 of these Rules, an order may be entered by the Clerk of the Panel transferring that action to the previously designated transferee district court on the basis of the prior hearing session(s) and for the reasons expressed in previous opinions and orders of the Panel in the litigation. The Clerk of the Panel shall serve this order on each party to the litigation but, in order to afford all parties the opportunity to oppose transfer, shall not send the order to the clerk of the transferee district court for fifteen days from the entry thereof.

(b)    Parties to an action subject to a conditional transfer order shall notify the Clerk of the Panel within the fifteen-day period if that action is no longer pending in its transferor district court.

(c)    Any party opposing the transfer shall file a notice of opposition with the Clerk of the Panel within the fifteen-day period. If a notice of opposition is received by the Clerk of the Panel within this fifteen-day period, the Clerk of the Panel shall not transmit said order to the clerk of the transferee district court until further order of the Panel. The Clerk of the Panel shall notify the parties of the briefing schedule.

(d)    Within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel. Failure to file and serve a motion and brief shall be treated as withdrawal of the opposition and the Clerk of the Panel shall forthwith transmit the order to the clerk of the transferee district court.

(e)    Conditional transfer orders do not become effective unless and until they are filed with the clerk of the transferee district court.

(f)    Notices of opposition and motions to vacate such orders of the Panel and responses thereto shall be governed by Rules 5.12, 5.2, 7.1 and 7.2 of these Rules.

RULE 7.5:    MISCELLANEOUS PROVISIONS CONCERNING "TAG-ALONG ACTIONS"

(a)    Potential "tag-along actions" filed in the transferee district require no action on the part of the Panel and requests for assignment of such actions to the Section 1407 transferee judge should be made in accordance with local rules for the assignment of related actions.

(b)    Upon learning of the pendency of a potential "tag-along action" and having reasonable anticipation of opposition to transfer of that action, the Panel may direct the Clerk of the Panel to file a show cause order, in accordance with Rule 7.3 of these Rules, instead of a conditional transfer order.

(c)    Failure to serve one or more of the defendants in a potential "tag-along action" with the complaint and summons as required by Rule 4 of the Federal Rules of Civil Procedure does not preclude transfer of such action under Section 1407. Such failure, however, may be submitted by such a defendant as a basis for opposing the proposed transfer if prejudice can be shown. The inability of the Clerk of the Panel to serve a conditional transfer order on all plaintiffs or defendants or their counsel shall not render the transfer of the action void but can be submitted by such a party as a basis for moving to remand as to such party if prejudice can be shown.

(d)    A civil action apparently involving common questions of fact with actions under consideration by the Panel for transfer under Section 1407, which was either not included in a motion under Rule 7.2 of these Rules, or was included in such a motion that was filed too late to be included in the initial hearing session, will ordinarily be treated by the Panel as a potential "tag-along action."

(e)    Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall promptly notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

M00339544

RULE 5.2:    SERVICE OF PAPERS FILED

(a)    All papers filed with the Clerk of the Panel shall be accompanied by proof of previous or simultaneous service on all other parties in all actions involved in the litigation. Service and proof of service shall be made as provided in Rules 5 and 6 of the Federal Rules of Civil Procedure. The proof of service shall indicate the name and complete address of each person served and shall indicate the party represented by each. If a party is not represented by counsel, the proof of service shall indicate the name of the party and the party's last known address. The proof of service shall indicate why any person named as a party in a constituent complaint was not served with the Section 1407 pleading. The original proof of service shall be filed with the Clerk of the Panel and copies thereof shall be sent to each person included within the proof of service. After the "Panel Service List" described in subsection (d) of this Rule has been received from the Clerk of the Panel, the "Panel Service List" shall be utilized for service of responses to motions and all other filings. In such instances, the "Panel Service List" shall be attached to the proof of service and shall be supplemented in the proof of service in the event of the presence of additional parties or subsequent corrections relating to any party, counsel or address already on the "Panel Service List."

(b)    The proof of service pertaining to motions for transfer of actions pursuant to 28 U.S.C. §1407 shall certify that copies of the motions have been mailed or otherwise delivered for filing to the clerk of each district court in which an action is pending that will be affected by the motion. The proof of service pertaining to a motion for remand pursuant to 28 U.S.C. §1407 shall certify that a copy of the motion has been mailed or otherwise delivered for filing to the clerk of the Section 1407 transferee district court in which any action affected by the motion is pending.

(c)    Within eleven days of filing of a motion to transfer, an order to show cause or a conditional transfer order, each party or designated attorney shall notify the Clerk of the Panel, in writing, of the name and address of the attorney designated to receive service of all pleadings, notices, orders and other papers relating to practice before the Judicial Panel on Multidistrict Litigation. Only one attorney shall be designated for each party. Any party not represented by counsel shall be served by mailing such pleadings to the party's last known address. Requests for an extension of time to file the designation of attorney shall not be granted except in extraordinary circumstances.

(d)    In order to facilitate compliance with subsection (a) of this Rule, the Clerk of the Panel shall prepare and serve on all counsel and parties not represented by counsel, a "Panel Service List" containing the names and addresses of the designated attorneys and the party or parties they represent in the actions under consideration by the Panel and the names and addresses of the parties not represented by counsel in the actions under consideration by the Panel. After the "Panel Service List" has been received from the Clerk of the Panel, notice of subsequent corrections relating to any party, counsel or address on the "Panel Service List" shall be served on all other parties in all actions involved in the litigation.

(e)    If following transfer of any group of multidistrict litigation, the transferee district court appoints liaison counsel, this Rule shall be satisfied by serving each party in each affected action and all liaison counsel. Liaison counsel designated by the transferee district court shall receive copies of all Panel orders concerning their particular litigation and shall be responsible for distribution to the parties for whom he or she serves as liaison counsel.