IN THE DISTRICT COURT OF THE UNITED FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Felix Arrington and<br>Monica Arrington | )<br>)<br>) |
| PLAINTIFFS, | )<br>) |
| v. | ) CASE NO. 2:06-CV-488-SRW<br>) |
| Merck & Co., Inc., et al., | )<br>)<br>) |
| DEFENDANTS. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF CASE INCLUSION IN CONDITIONAL TRANSFER ORDER (CTO-54) OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

COME NOW the Plaintiffs, Felix Arrington and Monica Arrington, by and through their counsel of record, and submits this response to *Defendant Merck & Co., Inc.'s Notice of Case Inclusion in Conditional Transfer Order (CTO-54) of Judicial Panel on Multidistrict Litigation* and state as follows:

Plaintiffs Felix Arrington and Monica Arrington filed a Notice of Opposition to Conditional Transfer Order 54 on July 10, 2006 (See attached Exhibit "A"). This case has been removed from Schedule CTO-54 dated July 12, 2006 (See attached Exhibit "B"). Thus, Defendant Merck's Notice of Case Inclusion in Conditional Transfer Order (CTO-54) of Judicial Panel on Multidistrict Litigation is without merit and is factually moot.

Respectfully submitted this 13th ay of July, 2006.

/s/ Benjamin L. Locklar
**ANDY D. BIRCHFIELD, JR. (BIR006)
J. PAUL SIZEMORE (SIZ 004)
BENJAMIN L. LOCKLAR (LOC009)
W. ROGER SMITH, III (SMI257)
Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 13th day of July, 2006.

R. Austin Huffaker, Jr.
Richard Garrett
Mike Brock
F. Chadwick Morriss
**RUSHTON, STAKELY, JOHNSTON
 & GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama  36101-0270

/s/ Benjamin L. Locklar
**OF COUNSEL**

2