IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FELIX ARRINGTON and<br>MONICA ARRINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., a foreign<br>Corporation; ANNE BRANDON, an<br>Individual; LAMONDE RUSSELL, an<br>Individual; and fictitious defendants<br>A, B, C & D, being those persons, firms<br>Or Corporations whose fraud, scheme to<br>Defraud, and/or other wrongful conduct<br>Caused or contributed to the Plaintiffs'<br>Injuries and damages, and whose true<br>Names and identities are presently<br>Unknown to Plaintiffs, but will be<br>Substituted by amendment when<br>Ascertained.<br><br>Defendants. | * * * * * * * * * * * * * * * * * * * * * | Case No. 2:06-cv-00488-WHA |

## NOTICE OF TRANSFER TO
## THE EASTERN DISTRICT OF LOUISIANNA

COMES NOW, Defendant Merck & Co., Inc. ("Merck"), and hereby notifies this Honorable Court that the Judicial Panel on Multidistrict Litigation (JPML) has overruled the Plaintiffs' objection to transfer of this action (under Conditional Transfer Order No. 54) to the Eastern District of Louisiana for coordinated pretrial proceedings before the Honorable Eldon E. Fallon in MDL-1657. [*See* Order, attached hereto as **Exhibit A**]. Therefore, pursuant to 28 U.S.C. § 1407, this action is "transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the

coordinated or consolidated pretrial proceedings occurring there in this docket." [*See* Order, attached hereto as **Exhibit A**].

DATED this the 31st day of October, 2006.

/s/ R. Austin Huffaker, Jr.
Bar Number: (ASB-3422-F55R)
One of the Attorneys for Merck & Co., Inc.

RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
Post Office box 270
Montgomery, Alabama 36101-0270
Telephone: 334/206-3100
Fax: 334/263-4157
E-mail: rah2@rsjg.com

**Attorney for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Andy D. Birchfield, Jr., Esquire
J. Paul Sizemore, Esquire
Benjamin L. Locklar
W. Roger Smith, III
BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P. C.
Montgomery, Alabama 36103-4160
Attorney for Plaintiff

/s/ R. Austin Huffaker, Jr.
OF COUNSEL